UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT ALAN FALKIEWICZ,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF CORRECTIONS, JEFFREY WOODS, DUNCAN MACLAREN, MICHAEL CURLEY, SHERRY BURT, DEBRA SCUTT, and AMERICAN CORRECTIONAL ASSOCIATION,

    Defendants.

_____/

Case No. 12-14404

Hon. Marianne O. Battani

Magistrate Judge Mark A. Randon

## JUDGMENT OF DISMISSAL

The Court having entered Orders Granting Defendants motions to dismiss;

**IT IS HEREBY ORDERED** that his case is **DISMISSED** in its entirety.

**IT IS SO ORDERED**.


Dated:  July 31, 2013

    s/Marianne O. Battani
    MARIANNE O. BATTANI
    U.S. DISTRICT COURT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 31, 2013, by electronic and/or ordinary mail.

    s/Holly Monda
    Case Manager